**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LAUREN WELCH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ZULFI, INC. d/b/a Subway, | ) |
| | ) |
| and | ) |
| | ) |
| WILLIAM NEJELSKI d/b/a B & B DISTRIBUTORS, | )   Case No.:   3:13-CV-00254-MRJ-SCW |
| | ) |
| and | ) |
| | ) |
| THE COCA COLA COMPANY, | ) |
| | ) |
|     Defendants. | ) |

**DISMISSAL OF DEFENDANT WILLIAM NEJELSKI d/b/a B&B DISTRIBUTORS**

COMES NOW Plaintiff, by and through counsel Christopher K. Geldmacher of Sauter Sullivan, LLC, and hereby dismisses Defendant William Nejelski d/b/a B&B Distributors without prejudice from the above styled cause of action.

                                              **SAUTER • SULLIVAN • LLC**

                                              By:   */s/ Christopher K. Geldmacher*
                                                        Christopher K. Geldmacher #6269797
                                                        Attorney for the Plaintiff
                                                        3415 Hampton Avenue
                                                         St. Louis, MO 63139
                                                         Telephone: 314-768-6800
                                                         Facsimile: 314-781-2726
                                                         cgeldmacher@ss-law.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Dismissal of Defendant William Nejelski d/b/a B&B Distributors was mailed via U.S. First Class Mail to counsel of record on this 1st day of October, 2013.

David O. Hesi
Law Offices of Bingley, Hart & Hesi
1650 Des Peres Road, Suite 220
St. Louis, MO 63131
*Attorney for Defendant Zulfi, Inc. d/b/a Subway*

Russell F. Watters, Timothy J. Wolf and Robert L. Carter
Brown & James, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
*Attorney for Defendant Zulfi, Inc. d/b/a Subway*

Barry S. Noeltner
Heyl, Royster, Voelker & Allen
Mark Twain Plaza III, 105 West Vandalia, Suite 100
P.O. Box 467
Edwardsville, IL 62025
*Attorney for Defendant The Coca-Cola Company*

Shari M. Brunton
Law Offices of Patricia M. Caragher
1010 Market Street, Suite 1510
St. Louis, MO 63101
*Attorney for Defendant William
Nejelski d/b/a B&B Distributors*                    /s/ Christopher K. Geldmacher