IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAUREN WELCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.  3:13-cv-00254-MJR-SCW |
| ) | |
| ZULFI, INC., d/b/a SUBWAY; WILLIAM ) | |
| NEJELSKI, d/b/a B & B DISTRIBUTORS, ) | |
| and THE COCA-COLA COMPANY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT, WILLIAM NEJELSKI, D/B/A B & B DISTRIBUTORS' RESPONSE TO PLAINTIFF'S VOLUNTARY DISMISSAL**

COMES NOW Defendant, William Nejelski, d/b/a B&B Distributors by and through his attorney, Shari M. Brunton of the Law Offices of Patricia M. Caragher, and states that this Defendant has no objection to Plaintiff's Voluntary Dismissal of Defendant, William Nejelski, d/b/a B&B Distributors.

LAW OFFICES OF PATRICIA M. CARAGHER

//s//Shari M. Brunton
By:  Shari M. Brunton, #06207807
1010 Market Street, Suite 1510
St. Louis, MO  63101
(314) 655-9100
(877) 369-4899 / Fax
Email:  shari.brunton@thehartford.com
ATTORNEY FOR DEFENDANT
WILLIAM NEJELSKI, D/B/A
B & B DISTRIBUTORS

CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing was electronically sent by virtue of the CM/ECF filing service on this 15th day of October, 2013 to:

Christopher K. Geldmacher, Esq.
SAUTER SULLIVAN, LLC
3415 Hampton Ave
Saint Louis, MO  63139
(314) 768-6800
(314) 781-2776 / Fax
Email:  cgeldmacher@ss-law.net
ATTORNEY FOR PLAINTIFF

Robert O. Carter, Esq.
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
(314) 421-3400
(314) 421-3128
Email:  rcarter@bjpc.com
CO-COUNSEL FOR DEFENDANT
ZULFI, INC., D/B/A SUBWAY

David O. Hesi, Esq.
BINGLEY, HART & HESI
1650 Des Peres Road, Suite 220
St. Louis, MO 63131
(314) 909-5900
(314) 821-2473
Email:  david.hesi@farmersinsurance.com
CO-COUNSEL FOR DEFENDANT
ZULFI, INC., D/B/A SUBWAY

Barry S. Noeltner, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
105 West Vandalia Street, Suite 100
P.O. Box 467
Edwardsville, IL 62025
(618) 656-4646
(618) 646-7940 / Fax
Email:  bnoeltner@heylroyster.com
ATTORNEY FOR DEFENDANT
COCA-COLA COMPANY

Timothy J. Wolf, Esq.
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
(314) 421-3400
(314) 421-3128 / Fax
Email:  twolf@bjpc.com
CO-COUNSEL FOR DEFENDANT
ZULFI, INC., D/B/A SUBWAY

                //s//Shari M. Brunton