United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| LAUREN WELCH, | ) |
| | ) |
| Plaintiff, | )  Case Number: 13-CV-00254-MRJ-SCW |
| | ) |
| v. | ) |
| | ) |
| ZULFI, INC. d/b/a Subway, | ) |
| WILLIAM NEJELSKI d/b/a B & B | ) |
| DISTRIBUTORS, and | ) |
| THE COCA COLA COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### JUDGMENT IN A CIVIL ACTION

By order October 22, 2013, Defendant William Nejelski d/b/a B&B Distributors was DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

By Order Dated, February 4, 2014, this cause of action is dismissed with prejudice as a result of the parties settlement. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

Dated: April 21, 2014

NANCY J. ROSENSTENGEL, Clerk
s/ Debbie DeRousse
Deputy Clerk

Approved: *Michael J. Reagan*
Michael J. Reagan, U.S. District Judge